Daniel T. Quinn, ABA No. 8211141
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
Email: dquinn@richmondquinn.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:12-cv-00124-JWS<br>)<br>)<br>) |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW plaintiff, Progressive Specialty Insurance Company and defendant National Union Fire Insurance Company of Pittsburgh PA, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney's fees.

DATED this 29th day of March, 2013, at Anchorage, Alaska.

RICHMOND & QUINN

By /s/ Daniel T. Quinn
    Daniel T. Quinn
    Alaska Bar No. 8211141
    360 K Street, Suite 200
    Anchorage, AK 99501
    Ph: (907) 276-5727
    Fax: (907) 276-2953
    Email: dquinn@richmondquinn.com

Attorneys for Plaintiff

GORDON & REES LLP

By /s/ Donald J. Verfurth
    Donald J. Verfurth
    701 5th Avenue, Suite 2100
    Ph: (206) 695-5100
    Fax: (206) 689-2822
    Email: dverfurth@gordonrees.com

Attorneys for Defendant

1038\464\PLD\Stipulation for Dismissal

Stipulation for Dismissal with Prejudice
Progressive v. National Union Fire Insurance Company, Case No. 3:12-cv-00124-JWS
Page 2 of 2

Case 3:12-cv-00124-JWS    Document 22    Filed 03/29/13    Page 2 of 2